

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TENET HOSPITALS LIMITED, A TEXAS LIMITED PARTNERSHIP, D/B/A/ SIERRA MEDICAL CENTER, | § § § | No. 08-14-00048-CV |
| Appellant, | § | Appeal from the |
| | | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| MARIVA J. BARAJAS, | § | (TC# 2013-DCV1930) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the judgment overruling the objections to Nurse Holguin's and Dr. Allen's reports on the basis of their respective qualifications. We therefore reverse the trial court's judgment as to Nurse Holguin's and Dr. Allen's expert reports and remand the case to the trial court for proceedings consistent with this opinion. The judgment of the court below is affirmed as it pertains to the expert report of Dr. Arredondo.

We further order that Appellant, and its sureties, if any, *see* TEX. R. APP. P. 43.5, and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Parks, Judge
Parks, Judge, sitting by assignment